# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: BRIAN W. TOMS & JANE M. TOMS  Case Number: 06-71422
341 PARKER  SSN-xxx-xx-2508 & xxx-xx-6354
SYCAMORE, IL  60178

Case filed on: 8/11/2006
Plan Confirmed on: 1/5/2007

O Paid Out, No Discharge

Total funds received and disbursed pursuant to the plan: $19,305.10   Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTORNEY JEFFREY M KRASNER | 0.00 | 0.00 | 0.00 | 0.00 |
| 049 | BRIAN A. HART | 400.00 | 400.00 | 400.00 | 0.00 |
|  | Total Legal | 400.00 | 400.00 | 400.00 | 0.00 |
| 010 | ASPIRE | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | BLITT & GAINES, P.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | NORTHLAND GROUP INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | NORTHLAND GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | BRIAN W. TOMS | 0.00 | 1,216.35 | 1,216.35 | 0.00 |
|  | Total Debtor Refund | 0.00 | 1,216.35 | 1,216.35 | 0.00 |
| 001 | FORD CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | FORD MOTOR CREDIT CORP | 691.96 | 691.96 | 691.96 | 0.00 |
|  | Total Secured | 691.96 | 691.96 | 691.96 | 0.00 |
| 002 | FORD MOTOR CREDIT CORP | 2,932.26 | 2,932.26 | 2,932.26 | 0.00 |
| 003 | CREDITORS PROTECTION SERVICE, INC | 642.27 | 642.27 | 642.27 | 0.00 |
| 004 | ACCOUNT RECOVERY SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ACCOUNTS RECEIVABLE MGMT | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AFNI/VERIZON | 758.82 | 701.56 | 701.56 | 0.00 |
| 007 | AMCA | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | APLINGTON, KAUFMAN, MCCLINTO | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ASPIRE VISA | 2,230.31 | 2,230.31 | 2,230.31 | 0.00 |
| 011 | ASSET ACCEPTANCE CORP | 421.08 | 421.08 | 421.08 | 0.00 |
| 012 | BLITT & GAINES, P.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CAPITAL ONE BANK (USA) NA | 3,070.35 | 3,070.35 | 3,070.35 | 0.00 |
| 015 | CAPITAL ONE BANK (USA) NA | 1,486.91 | 1,486.91 | 1,486.91 | 0.00 |
| 017 | CAPITAL ONE BANK (USA) NA | 1,109.06 | 1,109.06 | 1,109.06 | 0.00 |
| 019 | CAPITAL ONE BANK (USA) NA | 468.84 | 468.84 | 468.84 | 0.00 |
| 020 | CENTER FOR SURGERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | COLLECTION PROF / LASAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | COMCAST CABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | COMED | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | CREDITORS PROTECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | CURTIS E. LANG DDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | DELNOR COMM HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | DISCOUNT ADVANCES.COM | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | DUPAGE VALLEY ANESTHESIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | ENTERPRISE RENT A CAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | FOX VALLEY ORTHOPAEDIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | H&R ACCOUNTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | KCA FINANCIAL SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | MASON PROPERTIES | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | MEDICAL BUSINESS BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | MERCHANTS CREDIT GUIDE CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | MERCURY FIN / ILL FIN CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | MERRICK BANK | 949.56 | 949.56 | 949.56 | 0.00 |
| 038 | MUNSON INSURANCE AGENCY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | NORTHLAND GROUP INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | QUEST DIAGNOSTICS | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | RECOVERY SOLUTIONS CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | ROCKFORD MERCANTILE AGENCY INC | 295.49 | 295.49 | 295.49 | 0.00 |
| 044 | RRCA ACCOUNTS MANAGEMENT | 95.00 | 95.00 | 95.00 | 0.00 |
| 045 | VERIZON SOUTH INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | AFNI/VERIZON WIRELESS | 1,119.60 | 1,119.60 | 1,119.60 | 0.00 |
| 047 | PREMIER BANKCARD/CHARTER | 191.06 | 191.06 | 191.06 | 0.00 |
| 048 | RJM ACQUISITIONS FUNDING LLC | 93.08 | 93.08 | 93.08 | 0.00 |
|  | Total Unsecured | 15,863.69 | 15,806.43 | 15,806.43 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

|  | Grand Total: | 16,955.65 | 18,114.74 | 18,114.74 | 0.00 |

Total Paid Claimant:     $18,114.74
Trustee Allowance:        $1,190.36
Percent Paid Unsecured:     100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009         By  /s/Heather M. Fagan